|   |   |
|---|---|
| JEFFREY C. GRANT<br>Assistant Attorney General<br>CARRIE HOON WAYNO<br>Senior Counsel<br>DREW PUGSLEY<br>Assistant Attorney General<br>Office of the Attorney General<br>800 Fifth Ave., Suite 2000<br>Seattle, WA 98104-3188<br>Telephone: (206) 332-7099<br>Fax: (206) 447-1963<br>Email: Jeffrey.Grant@atg.wa.gov<br>Carrie.Wayno@atg.wa.gov<br>Drew.Pugsley@atg.wa.gov | **Honorable Salvador Mendoza, Jr.** |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS HUNTER, in his official capacity of Secretary of Washington State Department of Children, Youth, and Families,<br><br>Defendant. | NO. 2:20-cv-00187-SMJ<br><br>AMENDED JOINT STATUS REPORT |

The Parties submit their Amended Joint Status Report and, pursuant to Paragraph "m. **Proposed Protective Orders/Confidentiality Agreements**", have attached their proposed Stipulated Protective Order.

//

//

AMENDED JOINT STATUS REPORT
NO. 2:20-cv-00187-SMJ - 1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

DATED this 1st day of October 2020.

ROBERT W. FERGUSON
Attorney General

By:   s/ *Jeffrey C. Grant*
JEFFREY C. GRANT, WSBA No. 11046
CARRIE HOON WAYNO, WSBA No. 32220
DREW PUGSLEY, WSBA No. 48566
Assistant Attorneys General

Attorneys for Defendant Ross Hunter
Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
Telephone: (206) 332-7099
Fax: (206) 447-1963
Email: Jeffrey.Grant@atg.wa.gov
        Carrie.Wayno@atg.wa.gov
        Drew.Pugsley@atg.wa.gov

s/ *Jerome R. Aiken*
JEROME R. AIKEN, WSBA No. 14647
Attorneys for Plaintiffs
James Blais and Gail Blais
MEYER, FLUEGGE & TENNEY, P.S.
Phone: 509/575-8500; Fax: 509/575-4676
Email: aiken@mftlaw.com

s/ *Todd R. McFarland*
TODD R. McFARLAND
General Counsel of Seventh-Day Adventists
Attorneys for Plaintiffs
Phone: 301/680-6321; Fax 301/680-6329
Email: mcfarlandt@gc.adventist.org

---

AMENDED JOINT STATUS REPORT
NO. 2:20-cv-00187-SMJ - 2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1
2
3
4

        s/ *Andrew G. Schultz*
        ANDREW G. SCHULTZ, NM No. 3090
        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
        Attorneys for Plaintiffs
        Phone: 505/765-5900; Fax: 505/768-7395
        Email: aschultz@rodey.com

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

AMENDED JOINT STATUS REPORT
NO. 2:20-cv-00187-SMJ - 3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

# CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the state of Washington and the United States that, on October 1st, 2020, I caused this Amended Joint Status Report (with attached Stipulated Protective Order) to be electronically filed with the Clerk of the Court using the CM/ECF System, which will automatically generate a Notice of Electronic Filing (NEF) to all Parties in this action who are registered users of the CM/ECF System. The NEF specifically identifies recipients of electronic notice.

| | |
|---|---|
| JEROME R. AIKEN | aiken@mftlaw.com |
| TODD R. MCFARLAND | mcfarlandt@gc.adventist.org |
| ANDREW G. SCHULTZ | aschultz@rodey.com |

By:   s/ *Jeffrey C. Grant*
JEFFREY C. GRANT, WSBA No. 11046
CARRIE HOON WAYNO, WSBA No. 32220
DREW PUGSLEY, WSBA No. 48566
Assistant Attorneys General

Attorneys for Defendant Ross Hunter
Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
Telephone:   (206) 332-7099
Fax:           (206) 447-1963
Email:         Jeffrey.Grant@atg.wa.gov
                  Carrie.Wayno@atg.wa.gov
                  Drew.Pugsley@atg.wa.gov

AMENDED JOINT STATUS REPORT
NO. 2:20-cv-00187-SMJ - 4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA  98104-3188
(206) 474-7744