Todd R. McFarland, Associate General Counsel
General Conference of Seventh-day Adventists
12501 Old Columbia Pike
Silver Spring, MD 20904
Phone: (301) 680-6321
E-mail: mcfarlandt@gc.adventist.org

Jerome R. Aiken, WSBA #14647
Meyer, Fluegge & Tenney, P.S.
230 S. 2nd Street, #100 / P.O. Box 22680
Yakima, WA 98907-2680
Phone: (509) 575-8500
Email: aiken@mftlaw.com

Counsel for Plaintiffs James Blais and Gail Blais

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSS HUNTER, in his official capacity of Secretary of Washington State Department of Children, Youth and Families<br><br>Defendant. | Case No.: 20-CV-00187-SMJ<br><br>**JOINT STATUS REPORT PER COURT'S ORDER** |

Pursuant to this Court's October 13, 2020 Order (ECF No. 57), the attorneys for the Parties conferred via telephone on October 15, 2020. Based on that

JOINT STATUS REPORT PER COURT'S
ORDER

discussion, the Parties submit their respective responses to this Court's inquiries set forth in its Order (ECF No. 57):

1. The Parties submitted a proposed schedule as part of their Rule 26 Joint Status Report on September 25, 2020 (ECF No. 50). The Parties also submitted a proposed Protective Order on October 1, 2020 (ECF No. 54-1). The Parties are in agreement that the Court should enter the proposed Protective Order (ECF No. 54-1). The Parties are in disagreement however on the need for the scheduling order. Therefore, the Parties believe the hearing on October 20, 2020 is appropriate.

2. Plaintiffs believe that the Court should retain jurisdiction over this matter. The Court's written order of October 8, 2020 (ECF No. 56) only granted a preliminary injunction. Should this Court dismiss this matter that preliminary injunction would dissolve. Further, Plaintiffs have sought other relief beyond that granted by the October 8, 2020 Order. *E.g.* Plaintiffs' Amended Complaint for Preliminary and Permanent Injunction, Prayer For Relief paragraph four (ECF No. 30).

   Defendant is neutral on the issue of the Court retaining jurisdiction.

3. Plaintiffs would like to bring to the Court's attention an additional item. The Court's Order of October 8, 2020 (ECF No. 56) was not accompanied by a separate document pursuant to FEDERAL RULE OF CIVIL PROCEDURE

JOINT STATUS REPORT PER COURT'S
ORDER

58(a). Because that Order is appealable pursuant to 28 USC §1292(a)(1) it is a "judgment" under Rule 54(a) and thus requires a separate document under Rule 58(a). *See Credit Suisse First Boston Corp. v Grunwald,* 400 F.3d 1119, 1143 fn. 6 (9th Cir. 2005). The Plaintiffs respectfully request that the Court enter such an order or direct the Clerk of this Court to do so.

DATED this 15th day of October, 2020.

**ATTORNEYS FOR PLAINTIFFS**

*s/* Todd R. McFarland
Todd R. McFarland
Associate General Counsel
General Conference of Seventh-day Adventists
Phone: (301) 680-6321
Email: mcfarlandt@gc.adventist.org

*s/* Jerome R. Aiken
Jerome R. Aiken, WSBA #14647
Meyer, Fluegge & Tenny, P.S.
Phone: (509) 575-8500
Email: aiken@mftlaw.com

*s/* Andrew G. Schultz
Andrew G. Schultz, NM No. 3090
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Phone: (505) 765-5900
Email: aschultz@rodey.com

**ATTORNEYS FOR DEFENDANT**
*s/* Jeffrey C. Grant
Jeffrey C. Grant, WSBA #11046
Assistant Attorney General
Office of the Attorney General

88 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 332-7099
Email: Jeffrey.grant@atg.wa.gov

*s/ Carrie Hoon Wayno*
Carrie Hoon Wayno, WSBA #32220
Drew Pugsley, WSBA #48566
Assistant Attorney General
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
Phone: (360) 586-6565
Email: Carrie.Wayno@atg.wa.gov
Drew.Pugsley@atg.wa.gov

JOINT STATUS REPORT PER COURT'S
ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Todd R. McFarland, Associate General Counsel
General Conference of Seventh-day Adventists
12501 Old Columbia Pike
Silver Spring, MD 20904
Phone: (301) 680-6321
E-mail: mcfarlandt@gc.adventist.org
*Counsel for Plaintiffs James Blais and Gail Blais*

Jerome R. Aiken, Esq.
Meyer, Fluegge & Tenney, PS
230 South Second Street
P.O. Box 22680
Yakima, WA 98907-2680
Email: aiken@mftlaw.com
*Counsel for Plaintiffs James Blais and Gail Blais*

Mr. Andrew G. Schultz
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque NM 87103
aschultz@rodey.com
*Counsel for Plaintiffs James Blais and Gail Blais*

Mr. Jeffrey C. Grant, Assistant Attorney General
Office of the Attorney General
88 Fifth Avenue, Suite 2000
Seattle, WA 98104
Jeffrey.Grant@atg.wa.gov
*Counsel for Defendant Ross Hunter*

JOINT STATUS REPORT PER COURT'S
ORDER

Ms. Carrie Hoon Wayno, Assistant Attorney General
Mr. Drew Pugsley, Assistant Attorney General
Office of the Attorney General
7141 Cleanwater Drive SW / P.O. Box 40124
Olympia, WA 98504-0124
Carrie.Wayno@atg.wa.gov
Drew.Pugsley@atg.wa.gov
*Counsel for Defendant Ross Hunter*

      *s/* Jerome R. Aiken
      Jerome R. Aiken, WSBA #14647
      Meyer, Fluegge & Tenney, P.S.
      Attorneys for Plaintiffs
      Email: aiken@mftlaw.com

**JOINT STATUS REPORT PER COURT'S ORDER**