Case 2:20-cv-00187-SMJ    ECF No. 59    filed 10/16/20    PageID.1235    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS,<br><br>      Plaintiffs,<br><br>v.<br><br>ROSS HUNTER, in his official capacity of Secretary of Washington State Department of Children, Youth and Families,<br><br>      Defendant. | No. 2:20-cv-00187-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

On October 1, 2020, the parties filed a Joint Certificate Pursuant to Rule 26 / Rule 16 *Amended Joint Status Report and Stipulated Protective Order*, ECF No. 54. The parties, however, did not file a motion for a protective order. *See id*. The parties agree the Court should enter the proposed protection order. ECF No. 58 at 2.

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

**IT IS HEREBY ORDERED**: The parties' construed motion for Stipulated Protective Order, **ECF No. 54-1**, is **GRANTED**. Under Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed Stipulated Protective Order, **ECF No. 54-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge