AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS,<br><br>*Plaintiffs*<br>v.<br>ROSS HUNTER, in his official capacity as Secretary of Washington State Department of Chilred, Youth and Families,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:20-cv-00187-SMJ<br>)<br>) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 20, 2020**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Blaises' Amended Motion for Preliminary and Permanent Injunction, ECF No. 31, is GRANTED IN PART and DENIED IN PART as described in the Order filed at ECF No. 56; the Department is ENJOINED from using Policy 6900, and any other Department policy or guidance inconsistent with the Order filed at ECF No. 56 against foster care license applicants; the Blaises' request for a mandatory injunction forcing the Department to issue them a license is DENIED; the Department's ruling denying the Blaises' application for a foster care license is VACATED; and this case is REMANDED to the Department for further proceedings consistent with the Order filed at ECF No. 56.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza Jr. on a motion for Preliminary and Permanent Injuction (ECF No. 31).

Date: 10/20/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams