1  JEFFREY C. GRANT
   Assistant Attorney General
2  DREW PUGSLEY
   Assistant Attorney General
3  DANIEL J. JUDGE
   Senior Counsel
4  Office of the Attorney General
   800 Fifth Ave., Suite 2000
5  Seattle, WA  98104-3188
   Telephone:  (206) 332-7099
6  Fax:        (206) 447-1963
   Email:      Jeffrey.Grant@atg.wa.gov
7              Drew.Pugsley@atg.wa.gov
               Daniel.Judge@atg.wa.gov

**Honorable Salvador Mendoza, Jr.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROSS HUNTER, in his official capacity of Secretary of Washington State Department of Children, Youth, and Families,<br><br>          Defendant. | NO. 2:20-cv-00187-SMJ<br><br>DEFENDANT ROSS HUNTER'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND COMPLAINT |

Defendant Ross Hunter, in his official capacity as the Secretary of the Washington State Department of Children, Youth, and Families, does not oppose Plaintiffs' Motion to Amend Complaint (ECF No. 64), given the liberal standards for amendment of pleadings. Secretary Hunter does not agree that Plaintiffs'

DEFENDANT ROSS HUNTER'S
RESPONSE TO PLAINTIFFS'
MOTION TO AMEND
COMPLAINT
NO. 2:20-cv-00187-SMJ - 1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA  98104-3188
(206) 474-7744

claims satisfy the criteria justifying class action status and does not agree that their claims should be afforded that status. Secretary Hunter, therefore, reserves the right to respond to any such motion for class certification should Plaintiffs formally make this request.

Moreover, should this Court grant Plaintiffs' motion to amend, Secretary Hunter requests that the Scheduling Order (ECF No. 63) be amended to allow additional time for expert witness identification. Under the Scheduling Order, Secretary Hunter's initial expert identification is due on November 23, 2020. Plaintiffs' Motion to Amend Complaint will not be heard until December 9, 2020. Unless the current Scheduling Order is amended, Secretary Hunter will need to make his initial identification of expert witnesses before knowing if Plaintiffs' Motion to Amend Complaint has been granted. If the November 23, 2020 deadline is not extended, Secretary Hunter will be unfairly prejudiced by having to select expert witnesses without first tailoring his defense to the newly amended complaint.[1]

//

//

//

---

[1] It should be noted that, should the Court certify this action as a class action, the Scheduling Order will need to be modified and all of the scheduled deadlines, including the trial date, will need to be extended.

DEFENDANT ROSS HUNTER'S
RESPONSE TO PLAINTIFFS'
MOTION TO AMEND
COMPLAINT
NO. 2:20-cv-00187-SMJ - 2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

Secretary Hunter requests that this Court order the parties to propose a new date for identifying, selecting, and exchanging information about expert witnesses within 14 days of this Court's order on Plaintiffs' Motion to Amend Complaint. Beyond this request to modify the Scheduling Order, Secretary Hunter does not object to Plaintiffs' Motion for Leave to Amend Complaint.

DATED this 23rd day of November 2020.

> ROBERT W. FERGUSON
> Attorney General
>
> By:   s/ *Jeffrey C. Grant*
> JEFFREY C. GRANT, WSBA No. 11046
> DREW PUGSLEY, WSBA No. 48566
> DANIEL JUDGE, WSBA No. 17392
> Assistant Attorneys General
>
> Attorneys for Defendant Ross Hunter
> Office of the Attorney General
> 800 Fifth Ave., Suite 2000
> Seattle, WA 98104-3188
> Telephone:   (206) 332-7099
> Fax:              (206) 447-1963
> Email:          Jeffrey.Grant@atg.wa.gov
>                      Drew.Pugsley@atg.wa.gov
>                      Daniel.Judge@atg.wa.gov

DEFENDANT ROSS HUNTER'S
RESPONSE TO PLAINTIFFS'
MOTION TO AMEND
COMPLAINT
NO. 2:20-cv-00187-SMJ - 3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

# CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the state of Washington and the United States that on November 23rd, 2020, I caused Defendant Ross Hunter's Response to Plaintiffs' Motion to Amend Complaint to be electronically filed with the Clerk of the Court using the CM/ECF System, which will automatically generate a Notice of Electronic Filing (NEF) to all Parties in this action who are registered users of the CM/ECF System. The NEF specifically identifies recipients of electronic notice.

| | |
|---|---|
| JEROME R. AIKEN | aiken@mftlaw.com |
| TODD R. MCFARLAND | mcfarlandt@gc.adventist.org |
| ANDREW G. SCHULTZ | aschultz@rodey.com |
| DANIEL J. SHIH | dshih@susmangodfrey.com |
| RYAN C. CASTLE | ryan@ryancastlelawfirm.com |

By:   s/ *Jeffrey C. Grant*
JEFFREY C. GRANT, WSBA No. 11046
DREW PUGSLEY, WSBA No. 48566
DANIEL JUDGE, WSBA No. 17392
Assistant Attorneys General

Attorneys for Defendant Ross Hunter
Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
Telephone:  (206) 332-7099
Fax:  (206) 447-1963
Email:  Jeffrey.Grant@atg.wa.gov
Drew.Pugsley@atg.wa.gov
Daniel.Judge@atg.wa.gov

DEFENDANT ROSS HUNTER'S
RESPONSE TO PLAINTIFFS'
MOTION TO AMEND
COMPLAINT
NO. 2:20-cv-00187-SMJ - 4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
(206) 474-7744