JEFFREY C. GRANT
Assistant Attorney General
DREW PUGSLEY
Assistant Attorney General
DANIEL J. JUDGE
Senior Counsel
Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
Telephone: (206) 332-7099
Fax: (206) 447-1963
Email: Jeffrey.Grant@atg.wa.gov
Drew.Pugsley@atg.wa.gov
Daniel.Judge@atg.wa.gov

**Honorable Salvador Mendoza, Jr.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSS HUNTER, in his official capacity of Secretary of Washington State Department of Children, Youth, and Families,<br><br>    Defendant. | NO. 2:20-cv-00187-SMJ<br><br>DEFENDANT ROSS HUNTER'S NOTICE OF COMPLIANCE WITH THE RULE 26(a)(2) REQUIREMENTS SET FORTH IN THIS COURT'S OCTOBER 21, 2020 SCHEDULING ORDER (ECF NO. 63) |

Please take notice that Defendant Ross Hunter confirms that his FED. R. CIV. P. 26(a)(2) Expert Identifications and Reports have been timely provided to

DEFENDANT ROSS HUNTER'S
NOTICE OF COMPLIANCE
WITH THE RULE 26(a)(2)
REQUIREMENTS SET FORTH
IN THIS COURT'S
OCTOBER 21, 2020
SCHEDULING ORDER
(ECF NO. 63)
NO. 2:20-cv-00187-SMJ - 1

attorneys for Plaintiffs James and Gail Blais and to the Court as well as their respective dates they can be available for deposition, pursuant to this Court's October 21, 2020 Scheduling Order (ECF No. 63).

DATED this 23rd day of November 2020.

ROBERT W. FERGUSON
Attorney General

By:   s/ *Jeffrey C. Grant*
JEFFREY C. GRANT, WSBA No. 11046
DREW PUGSLEY, WSBA No. 48566
DANIEL JUDGE, WSBA No. 17392
Assistant Attorneys General

Attorneys for Defendant Ross Hunter
Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
Telephone:    (206) 332-7099
Fax:               (206) 447-1963
Email:            Jeffrey.Grant@atg.wa.gov
                     Drew.Pugsley@atg.wa.gov
                     Daniel.Judge@atg.wa.gov

DEFENDANT ROSS HUNTER'S NOTICE OF COMPLIANCE WITH THE RULE 26(a)(2) REQUIREMENTS SET FORTH IN THIS COURT'S OCTOBER 21, 2020 SCHEDULING ORDER (ECF NO. 63)
NO. 2:20-cv-00187-SMJ - 2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

# CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the state of Washington and the United States that on November 23rd, 2020, I caused Defendant Ross Hunter's Notice of Compliance with the Rule 26(a)(2) Requirements Set Forth in This Court's October 21, 2020 Scheduling Order (ECF No. 63) to be electronically filed with the Clerk of the Court using the CM/ECF System, which will automatically generate a Notice of Electronic Filing (NEF) to all Parties in this action who are registered users of the CM/ECF System. The NEF specifically identifies recipients of electronic notice.

| | |
|---|---|
| JEROME R. AIKEN | aiken@mftlaw.com |
| TODD R. MCFARLAND | mcfarlandt@gc.adventist.org |
| ANDREW G. SCHULTZ | aschultz@rodey.com |
| DANIEL J. SHIH | dshih@susmangodfrey.com |
| RYAN C. CASTLE | ryan@ryancastlelawfirm.com |

By:   s/ *Jeffrey C. Grant*
JEFFREY C. GRANT, WSBA No. 11046
DREW PUGSLEY, WSBA No. 48566
DANIEL JUDGE, WSBA No. 17392
Assistant Attorneys General

DEFENDANT ROSS HUNTER'S NOTICE OF COMPLIANCE WITH THE RULE 26(a)(2) REQUIREMENTS SET FORTH IN THIS COURT'S OCTOBER 21, 2020 SCHEDULING ORDER (ECF NO. 63)
NO. 2:20-cv-00187-SMJ - 3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA  98104-3188
(206) 474-7744

| | |
|---|---|
| 1 | Attorneys for Defendant Ross Hunter |
| 2 | Office of the Attorney General<br>800 Fifth Ave., Suite 2000 |
| 3 | Seattle, WA 98104-3188<br>Telephone:  (206) 332-7099 |
| 4 | Fax:          (206) 447-1963<br>Email:       Jeffrey.Grant@atg.wa.gov |
| 5 | Drew.Pugsley@atg.wa.gov<br>Daniel.Judge@atg.wa.gov |

DEFENDANT ROSS HUNTER'S
NOTICE OF COMPLIANCE
WITH THE RULE 26(a)(2)
REQUIREMENTS SET FORTH
IN THIS COURT'S
OCTOBER 21, 2020
SCHEDULING ORDER
(ECF NO. 63)
NO. 2:20-cv-00187-SMJ - 4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Ave., Suite 2000
Seattle, WA  98104-3188
(206) 474-7744