**Honorable Salvador Mendoza, Jr.**

JEROME R. AIKEN (WSBA NO. 14647)
Meyer, Fluegge & Tenney, P.S.
230 S. Second Street / P.O. Box 22680
Yakima, WA 98907-2680
Phone: (509) 575-8500
Email: aiken@mftlaw.com

TODD R. MCFARLAND, Associate General Counsel
Office of General Counsel
General Conference of Seventh-Day Adventists
12501 Old Columbia Pike
Silver Spring, MD  20904
Phone: (301) 680-6321; Fax: (301) 680-6329
Email: McFarlandT@adventist.org

ANDREW G. SCHULTZ
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM  87103
Phone: (505) 765-5900; Fax: (505) 768-7395
Email: aschultz@rodey.com

Attorneys for Plaintiffs James Blais and Gail Blais

**Plaintiffs' Notice Regarding Class Certification - 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS,<br><br>        Plaintiffs,<br><br>vs.<br><br>ROSS HUNTER, in his official capacity of Secretary of Washington State Department of Children, Youth and Families,<br><br>        Defendant. | NO. 20-CV-00187-SMJ<br><br>PLAINTIFFS' NOTICE REGARDING CLASS CERTIFICATION MOTION |

Plaintiffs James and Gail Blais provide notice to the Court that they no longer intend to file a motion for class certification pursuant to Federal Rule of Civil Procedure 23.

Plaintiffs filed their original complaint for declaratory and injunctive relief in May 2020. Plaintiffs filed their first amended complaint for preliminary and permanent injunction on July 6, 2020 before Defendant filed any responsive

///

**Plaintiffs' Notice Regarding Class Certification - 2**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

1  pleading.  The amended complaint did not contain any class action allegations or
2  any request for the Court to certify a class.

3  After a hearing on September 22, 2020, the Court entered its Order Granting
4  in Part and Denying in Part Plaintiffs' Motion for Preliminary and Permanent
5  Injunction.  [ECF No. 56].  As part of its ruling, the Court expressly enjoined the
6  Washington Department of Children, Youth, and Families from using Policy 6900
7  and any other Department policy or guidance in a manner inconsistent with the
8  Court's ruling.  Based on that ruling, along with the evidence Defendant presented
9  in opposing the motion, Plaintiffs' moved this Court for leave to file a second
10 amended complaint adding allegations to support a claim for class certification.  The
11 Court granted that motion [ECF No. 71], and Plaintiffs timely filed their second
12 amended complaint on December 9, 2020.  [ECF No. 72].

13 Since that time, Plaintiffs diligently have pursued written discovery to gather
14 additional evidence to support a class certification motion.  Based upon the
15 discovery materials provided by Defendant and other factors, Plaintiffs have decided
16 not to file a motion for class certification.

17 Plaintiffs' counsel conferred in good faith with opposing counsel, who does
18 not oppose this notice.  The Parties also conferred pursuant to LCivR 7(b)(2)
19 / / /
20 / / /

**Plaintiffs' Notice Regarding Class Certification - 3**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

regarding the scheduling order, and contemporaneously are filing a joint motion to revise that order.

RESPECTFULLY SUBMITTED this 2nd day of February, 2021.

s/ Jerome R. Aiken                              .
JEROME R. AIKEN, WSBA #14647
Attorneys for Plaintiffs
James Blais and Gail Blais
Meyer, Fluegge & Tenney, P.S.
Phone: 509/575-8500 – Fax: 509/575-4676
Email: aiken@mftlaw.com

s/ Todd R. McFarland                         .
TODD R. McFARLAND
General Conference of Seventh-day Adventists
Attorneys for Plaintiffs
James Blais and Gail Blais
Phone: 301/680-6321; Fax: 301/680-6329
Email: McFarlandT@adventist.org

s/ Andrew G. Schultz                             .
ANDREW G. SCHULTZ, NM No. 3090
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Attorneys for Plaintiffs
James Blais and Gail Blais
Phone: 505/765-5900; Fax: 505/768-7395
Email: aschultz@rodey.com

**Plaintiffs' Notice Regarding Class Certification - 4**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

# CERTIFICATE OF TRANSMITTAL

I hereby certify under penalty of perjury of the laws of the state of Washington that on February 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will automatically provide service on the below listed parties:

| | |
|---|---|
| **For Plaintiffs James and Gail Blais:**<br>Mr. Todd R. McFarland, Associate General Counsel<br>General Conference of Seventh-Day Adventists<br>12501 Old Columbia Pike<br>Silver Spring, MD  20904<br>McFarlandT@adventist.org | _X_  via CM/ECF |
| Mr. Andrew G. Schultz<br>Rodey, Dickason, Sloan, Akin & Robb, P.A.<br>P.O. Box 1888<br>Albuquerque, NM  87103<br>aschultz@rodey.com | _X_  via CM/ECF |
| **For Defendant Ross Hunter:**<br>Mr. Jeffrey C. Grant, Assistant Attorney General<br>Ms. Abigail Kahl, Assistant Attorney General<br>Office of the Attorney General<br>88 Fifth Avenue, Suite 2000<br>Seattle, WA  98104<br>Jeffrey.grant@atg.wa.gov / Abigail.Kahl@atg.wa.gov | _X_  via CM/ECF |
| **For Defendant Ross Hunter:**<br>Mr. Daniel Judge, Senior Counsel<br>Mr. Drew Pugsley, Assistant Attorney General<br>Office of the Attorney General<br>7141 Cleanwater Drive SW / P.O. Box 40124<br>Olympia, WA  98504-0124<br>Daniel.Judge@atg.wa.gov / Drew.Pugsley@atg.wa.gov | _X_  via CM/ECF |

    /s   Sheryl A. Jones                               .
SHERYL A. JONES, Legal Assistant
Meyer, Fluegge & Tenney, P.S.
jones@mftlaw.com

**Plaintiffs' Notice Regarding Class Certification - 5**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500