JEROME R. AIKEN (WSBA NO. 14647)
Meyer, Flueegge & Tenney, P.S.     **Honorable Salvador Mendoza, Jr.**
230 S. Second Street / P.O. Box 22680
Yakima, WA 98907-2680
Phone: (509) 575-8500
Email: aiken@mftlaw.com

Attorneys for Plaintiffs James Blais and Gail Blais

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS, | NO. 20-CV-00187-SMJ |
| Plaintiffs, | |
| vs. | PARTIES' JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT |
| WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES, | |
| Defendant. | Hearing: July 6, 2021<br>Time:     6:30 p.m.<br>Without Oral Argument |

Plaintiffs James and Gail Blais and Defendants Ross Hunter and the State of Washington, Department of Children, Youth, and Families jointly request that this Court enter a permanent injunction and final judgment resolving this case.

As grounds for this motion, the parties state as follows:

1. Plaintiffs filed their original complaint for declaratory and injunctive relief in May 2020. Plaintiffs filed their first amended complaint for preliminary and permanent injunction in July 2020 before Defendant had filed a responsive

**Parties' Joint Motion For Entry of
Permanent Injunction And Final Judgment  - 1**

1  pleading. After the Court entered its Order Granting in Part and Denying in Part
2  Plaintiffs' Motion for Preliminary and Permanent Injunction [ECF No. 56], the
3  Court granted Plaintiffs leave to file a second amended complaint adding allegations
4  to support a claim for class certification. [ECF No. 71]. Plaintiffs timely filed their
5  second amended complaint in December 2020. [ECF No. 72].

6      2.    For several months while they continued to conduct discovery, the
7  parties also have been engaged in extensive good-faith settlement negotiations.

8      3.    Counsel held a series of telephone meetings to discuss potential
9  resolution of the present case, with the last one being held on May 20, 2021. During
10 these meetings, the parties discussed, prepared, and exchanged draft terms of a
11 permanent injunction and final judgment that would resolve this lawsuit in its
12 entirety.

13     4.    The terms of this permanent injunction and final judgment are
14 consistent with this Court's earlier order granting in part and denying in part
15 Plaintiffs' motion for preliminary and permanent injunction [ECF No. 56].

16     5.    The parties have agreed to the terms of this permanent injunction and
17 final judgment without final adjudication of any issues of fact or law, and without
18 Defendant admitting that any issue of fact or law other than those relating to
19 jurisdiction and venue are true.

20 ///

**Parties' Joint Motion For Entry of
Permanent Injunction And Final Judgment - 2**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

6. In addition to negotiating the terms of the permanent injunction and final judgment, the parties also have engaged in good-faith negotiations and have entered into a settlement agreement to resolve other issues that does not require this Court's review or approval.

7. The parties, therefore, respectfully request that this Court enter a permanent injunction and final judgment in the form stipulated to and agreed by the parties and dismiss this case, as the Plaintiffs' claims have been resolved.

RESPECTFULLY SUBMITTED this 4th day of June, 2021.

                                          s/ Jerome R. Aiken                .
                                          JEROME R. AIKEN, WSBA #14647
                                          Attorneys for Plaintiffs
                                          James Blais and Gail Blais
                                          Meyer, Fluegge & Tenney, P.S.
                                          Phone: 509/575-8500 – Fax: 509/575-4676
                                          Email: aiken@mftlaw.com

    s/ Todd R. McFarland               .
TODD R. McFARLAND
General Conference of Seventh-day Adventists
Attorneys for Plaintiffs
James Blais and Gail Blais
Phone: 301/680-6321; Fax: 301/680-6329
Email: McFarlandT@adventist.org

    s/ Andrew G. Schultz               .
ANDREW G. SCHULTZ, NM No. 3090
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Attorneys for Plaintiffs
James Blais and Gail Blais
Phone: 505/765-5900; Fax: 505/768-7395
Email: aschultz@rodey.com

**Parties' Joint Motion For Entry of Permanent Injunction And Final Judgment - 3**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

1 | ROBERT W. FERGUSON
Attorney General

2

By: ⎯⎯s/ Jeffrey C. Grant⎯⎯⎯ .
3 |     JEFFREY C. GRANT, WSBA No. 11046
    DREW PUGSLEY, WSBA No. 48566
4 |     DANIEL JUDGE, WSBA No. 17392
Assistant Attorneys General
5 | Attorneys for Defendant Ross Hunter
Office of the Attorney General
6 | 800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
7 | Telephone   (206) 332-7099
Fax:        (206) 447-1963
8 | Email: Jeffrey.Grant@atg.wa.gov
 Drew.Pugsley@atg.wa.gov
9 |  Daniel.Judge@atg.wa.gov

10

11

12

13

14

15

16

17

18

19

20

**Parties' Joint Motion For Entry of Permanent Injunction And Final Judgment - 4**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

## CERTIFICATE OF TRANSMITTAL

I hereby certify under penalty of perjury of the laws of the state of Washington that on June 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will automatically provide service on the below listed parties:

| | |
|---|---|
| **For Plaintiffs James and Gail Blais:**<br>Mr. Todd R. McFarland, Associate General Counsel<br>General Conference of Seventh-Day Adventists<br>12501 Old Columbia Pike<br>Silver Spring, MD  20904<br>McFarlandT@adventist.org | __X__  via CM/ECF |
| Mr. Andrew G. Schultz<br>Rodey, Dickason, Sloan, Akin & Robb, P.A.<br>P.O. Box 1888<br>Albuquerque, NM  87103<br>aschultz@rodey.com | __X__  via CM/ECF |
| **For Defendant WA State Dept. of Children, Youth and Families:**<br>Mr. Jeffrey C. Grant, Assistant Attorney General<br>Ms. Abigail Kahl, Assistant Attorney General<br>Office of the Attorney General<br>88 Fifth Avenue, Suite 2000<br>Seattle, WA  98104<br>Jeffrey.grant@atg.wa.gov / Abigail.Kahl@atg.wa.gov | __X__  via CM/ECF |
| **For Defendant WA State Dept. of Children, Youth and Families:**<br>Mr. Daniel Judge, Senior Counsel<br>Mr. Drew Pugsley, Assistant Attorney General<br>Office of the Attorney General<br>7141 Cleanwater Drive SW / P.O. Box 40124<br>Olympia, WA  98504-0124<br>Daniel.Judge@atg.wa.gov / Drew.Pugsley@atg.wa.gov | __X__  via CM/ECF |

    /s   Sheryl A. Jones                                .
SHERYL A. JONES, Legal Assistant
Meyer, Fluegge & Tenney, P.S.
jones@mftlaw.com

**Parties' Joint Motion For Entry of Permanent Injunction And Final Judgment  - 5**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500