JEROME R. AIKEN (WSBA NO. 14647)
Meyer, Fluegge & Tenney, P.S.    **Honorable Salvador Mendoza, Jr.**
230 S. Second Street / P.O. Box 22680
Yakima, WA 98907-2680
Phone: (509) 575-8500
Email: aiken@mftlaw.com

Attorneys for Plaintiffs James Blais and Gail Blais

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS, | ) |
|  | ) NO. 20-CV-00187-SMJ |
| Plaintiffs, | ) |
|  | ) PERMANENT INJUNCTION AND |
| vs. | ) FINAL JUDGMENT |
|  | ) |
| WASHINGTON STATE | ) |
| DEPARTMENT OF CHILDREN, | ) |
| YOUTH AND FAMILIES, | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) |

WHEREAS Plaintiffs have commenced this action by filing the complaint herein; this Court has earlier entered an order granting in part and denying in part Plaintiffs' motion for preliminary injunction [ECF No. 56], the parties have agreed to settlement of this action without final adjudication of any issues of fact or law, and without Defendant admitting that any issue of fact or law other than those relating to jurisdiction and venue are true;

**Permanent Injunction and Final Judgment - 1**

THEREFORE, on joint motion of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED, and DECREED as follows:

The Washington State Department of Children, Youth, and Families (DCYF), when considering an application for a foster family home license or a family home study:

1. Is permanently enjoined from using or applying Policy 6900 to a foster family home license applicant or a family home study applicant;

2. Is permanently enjoined from requiring a foster family home license applicant or a family home study applicant to express agreement with any policy regarding LGBTQ+ issues that conflicts with the applicant's sincerely held religious views;

3. Is permanently enjoined from using Department July 2018 Roll Out Questions & Answers to the extent inconsistent with this agreement; and

4. May take an applicant's views on LGBTQ+ issues into account when reviewing foster family home license applications or family home study applications. However, the applicant's sincerely held religious beliefs regarding LGBTQ+ issues cannot serve to disqualify them. DCYF will accommodate the applicant's sincerely held religious beliefs regarding LGBTQ+ foster children placed in their care. But the applicant agrees to follow the child's case plan and to

**Permanent Injunction and Final Judgment - 2**

allow the physical, medical, mental, psychological, emotional, cultural, and social needs of foster children who identify as LGBTQ+ or who may so identify in the future to be met in their care. The child's case plan and needs will be assessed and determined by the dependency court, the Department, and the child's legal parents or guardians.

Nothing in this Order prohibits DCYF from making placement decisions based upon Policy 6900 or the individual medical, psychological, or other needs of the child DCYF is considering placing with a foster parent.

IT IS SO ORDERED and the Clerk is directed to close the file on this case.

DATED this _____ day of _____, 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

APPROVED:

       s/ Jerome R. Aiken                          .
JEROME R. AIKEN, WSBA #14647
Attorneys for Plaintiffs
James Blais and Gail Blais
Meyer, Fluegge & Tenney, P.S.
Phone: 509/575-8500 – Fax: 509/575-4676
Email: aiken@mftlaw.com

**Permanent Injunction and Final Judgment - 3**

| | |
|---|---|
| 1 | s/ Todd R. McFarland              . |
| | TODD R. McFARLAND |
| 2 | General Conference of Seventh-day Adventists |
| | Attorneys for Plaintiffs |
| 3 | James Blais and Gail Blais |
| | Phone: 301/680-6321; Fax: 301/680-6329 |
| 4 | Email: McFarlandT@adventist.org |
| 5 | s/ Andrew G. Schultz              . |
| | ANDREW G. SCHULTZ, NM No. 3090 |
| 6 | Rodey, Dickason, Sloan, Akin & Robb, P.A. |
| | Attorneys for Plaintiffs |
| 7 | James Blais and Gail Blais |
| | Phone: 505/765-5900; Fax: 505/768-7395 |
| 8 | Email: aschultz@rodey.com |
| 9 | ROBERT W. FERGUSON |
| | Attorney General |
| 10 | |
| 11 | By:    s/ Jeffrey C. Grant          . |
| | JEFFREY C. GRANT, WSBA No. 11046 |
| | DREW PUGSLEY, WSBA No. 48566 |
| 12 | DANIEL JUDGE, WSBA No. 17392 |
| | Assistant Attorneys General |
| 13 | Attorneys for Defendant Ross Hunter |
| | Office of the Attorney General |
| 14 | 800 Fifth Ave., Suite 2000 |
| | Seattle, WA 98104-3188 |
| 15 | Telephone   (206) 332-7099 |
| | Fax:        (206) 447-1963 |
| 16 | Email: Jeffrey.Grant@atg.wa.gov |
| | Drew.Pugsley@atg.wa.gov |
| 17 | Daniel.Judge@atg.wa.gov |
| 18 | |
| 19 | |
| 20 | **Permanent Injunction and Final Judgment - 4** |