FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BLAIS and GAIL BLAIS,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES,<br><br>　　　　　　　Defendant, | No.　2:20-cv-00187-SMJ<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT** |

On June 4, 2021, the parties filed a Joint Motion for Entry of Permanent Injunction and Final Judgment, ECF No. 85. Consistent with the parties' agreement and this Court's prior Orders, **IT IS HEREBY ORDERED**:

**1.**　The Parties' Joint Motion for Entry of Permanent Injunction and Final Judgment, **ECF No. 85**, is **GRANTED**.

**2.**　The parties' proposed Permanent Injunction and Final Judgment, **ECF No. 85-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**3.**　All pending motions are **DENIED AS MOOT**.

**4.**　All hearings and other deadlines are **STRICKEN**.

ORDER GRANTING PARTIES' JOINT MOTION FOR ENTRY OF
PERMANENT INJUNCTION AND FINAL JUDGMENT – 1

**5.**  The Clerk's Office is directed to **ENTER JUDGMENT** for Plaintiffs as provided in **ECF No. 85-1** and **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge