AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JAMES BLAIS and GAIL BLAIS,

*Plaintiff*

v.

WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:20-cv-00187-SMJ

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 04, 2021**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
The Parties' Joint Motion for Entry of Permanent Injunction and Final Judgment (ECF No. 85) is GRANTED.
The parties' proposed Permanent Injunction and Final Judgment (ECF No. 85-1) is APPROVED, ADOPTED, and INCORPORATED by reference.
Judgment is entered in favor of Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   SALVADOR MENDOZA, JR.


Date:  06/04/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

Lee Reams